UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SALIM SHAHRIAR and JUAN CORONADO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>MIANOR RESTAURANT GROUP, LLC d/b/a LATITUDE 39, and NOUREDDINE ACHBANI,<br><br>Defendants. | : | 26-CV-01589 (JAV)<br><br>ORDER REGARDING MEDIATION SCHEDULE |

JEANNETTE A. VARGAS, United States District Judge:

The Court referred this matter to mediation on May 27, 2026, and ordered that mediation take place within sixty days. ECF No. 16. A mediator was appointed on June 12, 2026.

The Court hereby orders that the time to time to conduct the mediation is extended. The mediation shall take place within 30 days after the expiration of the FLSA notice period.

The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

Dated: July 30, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge