JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

August 12, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Shahriar v. Mianor Restaurant Group, LLC,***
**No.: 26-cv-1589 (S.D.N.Y.)**

Dear Judge Vargas,

We represent Plaintiffs Salim Shahriar and Juan Coronado in the above referenced matter. We write to respectfully request that the Court compel Defendants to produce a list of putative Fair Labor Standards Act ("FLSA") collective members' names and contact information as this Court directed in its July 28 Order granting Plaintiffs' motion for conditional certification of an FLSA collective.

As background, on July 28, this Court granted Plaintiffs' unopposed motion for conditional certification and directed Defendants to produce a list in Excel format containing "the names, last known addresses, last known phone numbers, last known e-mail addresses, dates of employment, and position(s) held for all covered employees." *See* ECF Dkt No. 22 at 9. On July 30, this Court ordered that the court-annexed mediation in this matter must be conducted "within 30 days after the expiration of the FLSA notice period." ECF Dkt No. 23.

On July 30, the undersigned wrote to Defendants' counsel to confirm Defendants were preparing the list of collective members and asked that it be produced by August 6 so Plaintiffs could disseminate the FLSA notice, start the FLSA notice period, and then be able to schedule the mediation around the end of that period.

To date, Defendants have not produced the collective list, responded to Plaintiffs' request for confirmation that it is being prepared, or given Plaintiffs' any indication about when it can be expected. Accordingly, Plaintiffs are now forced to seek this Court's intervention and respectfully request that the Court order Defendants to produce the list by a date-certain no later than one week from the date of this letter.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ *Lucas C. Buzzard*

Lucas C. Buzzard
**JOSEPH & KIRSCHENBAUM LLP**
45 Broadway, Suite 320
New York, NY 10006
Tel: (212) 688-5640