UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALIM SHAHRIAR and JUAN CORONADO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>MIANOR RESTAURANT GROUP, LLC d/b/a LATITUDE 39, and NOUREDDINE ACHBANI,<br><br>Defendants. | 26-CV-01589 (JAV)<br><br><u>ORDER</u> |

JEANNETTE A. VARGAS, United States District Judge:

On July 28, 2026, the Court conditionally certified Plaintiffs Salim Shahriar ("Shahriar") and Juan Coronado's ("Coronado") (collectively, "Plaintiffs") collective action under the Fair Labor Standards Act ("FLSA") against Defendants Mianor Restaurant Group, LLC d/b/a Latitude 39 ("Mianor") and Noureddine Achbani ("Achbani") (collectively, "Defendants"). ECF No. 22 at 1-2, 8-9. In connection with that conditional certification, the Court also granted Plaintiffs' motion to compel Defendants to produce certain identifying information about potential opt-in plaintiffs. *Id.* Specifically, the Court directed Defendants "to produce to Plaintiffs the names, last known addresses, last known phone numbers, last known e-mail addresses, dates of employment, and position(s) held for all covered employees in Excel format." *Id.* at 9. To date, Defendants have neither produced the collective list nor responded to Plaintiffs' request for confirmation that it is being prepared, and they have provided no indication as to when Plaintiffs can expect to receive the list. ECF No. 24. Plaintiffs now move to compel Defendants to produce the collective list, *Id.*, and their motion is unopposed. Plaintiffs' motion is **GRANTED**.

It is hereby **ORDERED** that Defendants produce the collective list, in the manner required by the Court's July 28, 2026 Opinion and Order, to Plaintiffs by **Monday, September 7, 2026**.

It is **FURTHER ORDERED** that, pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure, Defendants shall show good cause in writing by **Monday, September 14, 2026**, as to why they should not be held in contempt for their failure to comply with the Court's July 28, 2026 Opinion and Order requiring production of the requested discovery.

**DEFENDANTS ARE HEREBY PLACED ON NOTICE THAT** failure to comply with any provision of this Order may subject them to a finding of contempt and sanctions for that contempt, including reimbursement of Plaintiffs' attorney's fees and costs to bring the motion to compel, the imposition of fines, and such other remedies as may be deemed appropriate.

It is **FURTHER ORDERED** that Plaintiffs serve this Order on Defendants within three business days of the date of this Order and file proof of such service on the docket by **Monday, September 7, 2026**.

The Clerk of Court is directed to terminate ECF No. 24.

SO ORDERED.

Dated: August 31, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge